### COOL v. THE STATE.

*Monday,*      APPEAL from the *White* Common Pleas.
*June 17.*     *Per Curiam.*—The judgment in this case, is reversed for
the reasons given in a case between the same parties at the
present term, *ante*, p. 355.

           The judgment is reversed.   Cause remanded, &c.
           *Alfred Reed*, for the appellant.
           *Jno. S. Miller*, for the State.